IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MASTERFILE CORPORATION,

    Plaintiff,

  v.

SEARS FINE FOODS,

    Defendant.
                                /

No. C 10-02990 WHA

**ORDER DENYING CONTINUANCE**

The Court **DENIES** plaintiff's request to continue the case management conference for thirty days to discuss settlement. Please serve a copy of this order on defendant.

**IT IS SO ORDERED.**

Dated: October 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE